Demetrios C. Batsides, Esq.
Natalie H. Mantell, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

James V. O'Brien, Esq. (pro hac vice)
Andrew S. Buchanan, Esq. (pro hac vice)
**LEWIS, RICE & FINGERSH, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
(314) 444-7600

Attorneys for Defendant
Laboratory Corporation of America Holdings
(Improperly sued herein as Laboratory
Corporation of America a/k/a LabCorp)

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE DONAHUE and JO-ANN DONAHUE, <br><br> Plaintiffs, <br><br> vs. <br><br> LABORATORY CORPORATION OF AMERICA a/k/a LABCORP., STEVEN DIAMOND, D.O., JANE DOE and/or JOHN DOE, M.D. I - X (these names being fictitious as their true identifies are presently unknown) and XYZ CORPORATION I - X (these corporate names are fictitious as their true identities are presently unknown), <br><br> Defendants. | Civil Action No. 07-4078 (PGS) (ES) <br><br> Honorable Peter G. Sheridan <br> Honorable Esther Salas |

## STIPULATION OF REMAND

Plaintiffs Eugene Donahue and Jo-Anne Donahue and Defendants Laboratory

Corporation of America Holdings ("Defendant LabCorp") and Steven Diamond, D.O.

1438385.01

#1269190 v1
036837-58646

GIBBONS          O'CONNOR&O'CONNOR     Fax:          Feb 14 2008 09:31am P002/002
                 2/13/2008 2:41:29 PM  PAGE   4/005  Fax Server

(collectively "the Parties"), pursuant to the Court's Order dated January 30, 2008, and for their Stipulation of Remand, state as follows:

    1.     On August 24, 2007, Defendant LabCorp removed the present action from the Superior Court of New Jersey, Essex County, to this Court pursuant to 28 U.S.C. § 1446(b) on the basis that diversity jurisdiction existed under 28 U.S.C. § 1332.

    2.     On January 30, 2008, the Court entered an Order granting Plaintiffs' Motion to File an Amended Complaint adding Hunterdon Pathology Services and Hunterdon Medical Center as defendants herein (collectively "the Hunterdon Defendants"). The Hunterdon Defendants are non-diverse in that they are residents of the State of New Jersey, which is Plaintiffs' state of residency. Consequently, the joinder of the Hunterdon Defendants destroys diversity and divests this Court of subject matter jurisdiction under 28 U.S.C. § 1332.

    3.     The Parties herein agree and stipulate that this action should be remanded to the Superior Court of New Jersey, Essex County.

Respectfully submitted,

By: _____

Gerald B. O'Connor
**O'CONNOR & O'CONNOR, P.C.**
383 Main Street
Chatham, NJ 07928
Telephone: 973-635-2210
Facsimile: 973-635-2622

Attorneys for Plaintiffs

By: _____

Demetrios C. Batsides
Natalie H. Mantell
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07201-5310
Telephone: (973) 596-4589
Facsimile: (973) 639-6392
dbatsides@gibbonslaw.com
nmantell@gibbonslaw.com

James V. O'Brien
Andrew S. Buchanan
**LEWIS, RICE & FINGERSH, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102

#1269190 v1
036837-58646

2

Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056
Jobrien@lewisrice.com
abuchanan@lewisrice.com

Attorneys for Defendant
Laboratory Corporation of America Holdings

By: _____
    Craig S. Combs
    Rachel M. Schwartz
    **GIBLIN & COMBS**
    10 Madison Avenue, Box 1297
    Morristown, NJ 07962-1297
    Telephone:  973-829-1500
    Facsimile:  973-540-1645

Attorneys for Defendant
Steven Diamond, D.O.

#1260190 v1
036837-58646

3